[No. 34062-0-I. Division One. June 12, 1995.]

AKBARALI HUDDA, ET AL., *Appellants*, v. THE CITY OF
BELLEVUE, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-07442-7, Ann Schindler, J., entered January 26, 1994. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Cox, J., and Pekelis, J. Pro
Tem.

[No. 33070-5-I. Division One. June 19, 1995.]

E. ROSA YOUNG, GUARDIAN FOR DEVAN YOUNG,
*Appellant*, v. KEY PHARMACEUTICALS, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 86-2-10641-3, Charles W. Mertel, J., entered
June 25, 1993. *Affirmed in part, reversed in part* and
*remanded* by unpublished opinion per Agid, J., concurred
in by Grosse and Kennedy, JJ.

[No. 33054-3-I. Division One. June 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER
MARTIN LEINONEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-03769-4, John M. Darrah, J., entered
June 25, 1993. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Cox, J., and Alsdorf, J. Pro Tem.